IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01341-MEH

MONICA HOLMES, and
BRADLEY HOLMES,

      Plaintiffs,

v.

PIKES PEAK AUTO HILL CLIMB EDUCATIONAL MUSEUM, INC., d/b/a Pikes Peak
International Hill Climb, and
RANDALL SCHRANZ,

      Defendants.

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 30, 2015**.

This matter comes before the Court *sua sponte*.  In light of Plaintiffs' recently filed First Amended Complaint and Jury Demand (*see* docket #16), Defendant Pikes Peak's Motion to Dismiss Plaintiff's Complaint [filed July 17, 2015; docket #8] is **denied as moot** with leave to re-file, if Defendant Pikes Peak so chooses, in response to the First Amended Complaint.  *See Franklin v. Kansas Dep't of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect.") (citing *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991)); *see also Robinson v. Dean Foods Co.*, No. 08-cv-01186-REB-CBS, 2009 WL 723329, at *4 (D. Colo. Mar. 18, 2009) (citation omitted) ("Generally, when an amended complaint is filed, the previous complaint is wiped out and the operative complaint is the most recently filed version.").