IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01341-MEH

MONICA HOLMES, and
BRADLEY HOLMES,

    Plaintiffs,

v.

PIKES PEAK AUTO HILL CLIMB EDUCATIONAL MUSEUM, INC., d/b/a Pikes Peak International Hill Climb, and
RANDALL SCHRANZ,

    Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is a joint Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *See* docket #25. The Court finds the Stipulation and terms of the dismissal proper. Thus, it is ordered that this case is **dismissed with prejudice**, with each party to bear his, her, or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 23rd day of October, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge